**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona Limited Liability Company; and <br> LPL LICENSING, L.L.C., a Delaware Limited Liability Company; <br><br>                      Plaintiffs, <br> v. <br><br> CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey corporation; <br> JP MORGAN CHASE BANK, N.A., a Delaware corporation; <br> CITIBANK, N.A.,  a national bank association; <br> CITIBANK USA, N.A., a limited purpose credit card bank; <br> CITIBANK (SOUTH DAKOTA), N.A., a limited purpose credit card bank; <br> CITIMORTGAGE, INC., a New York corporation; <br> CITIGROUP, INC.,  a Delaware corporation; <br> CITI ASSURANCE SERVICES, INC., a Maryland corporation; <br> COUNTRYWIDE HOME LOANS, INC., a New York corporation; <br> COUNTRYWIDE INSURANCE SERVICES, INC., a California corporation; <br> DISCOVER FINANCIAL SERVICES, INC., a Delaware  corporation; <br> DISCOVER BANK,  a Delaware corporation; <br> GMAC Mortgage, L.L.C. (f/k/a GMAC Mortgage Corporation), a Delaware corporation; <br> GMAC INSURANCE MARKETING, INC., a Missouri corporation; <br> LIBERTY LIFE INSURANCE COMPANY, a South Carolina corporation; <br> RESPONSE WORLDWIDE INSURANCE COMPANY, an Ohio corporation; | **Civil Action No. 2:07–cv–387–TJW–CE** |

[Caption continued on following page.]

| | |
|---|---|
| DIRECT RESPONSE CORPORATION, a Delaware corporation;<br>WARNER INSURANCE COMPANY, a Illinois corporation;<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Illinois corporation;<br>STATE FARM BANK, F.S.B., a Federal savings Association;<br>USAA Federal Savings Bank, a FEDERAL SAVINGS BANK;<br>USAA SAVINGS BANK, a Nevada corporation;<br><br>                    Defendants. | |

## ORDER GRANTING COUNTRYWIDE HOME LOANS, INC. AND COUNTRYWIDE INSURANCE SERVICES, INC.'S MOTION FOR LIMITED OPENING OF DISCOVERY

After considering the Defendants Countrywide Home Loans, Inc. and Countrywide Insurance Services, Inc.'s ("Countrywide's") Motion for Limited Opening of Discovery (Dkt. No. 147), the Court finds that it should be and hereby is GRANTED.

It is therefore ORDERED that the Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. shall produce any settlement and license agreements related to the asserted patents to Countrywide within 14 days.

SIGNED this 11th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE