UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C. AND LPL LICENSING, L.L.C. | § § § | |
| vs. | § § | CASE NO. 2:07-CV-387 |
| CHASE MANHATTAN MORTGAGE CORPORATION ET AL. | § § | |

## ORDER

Pending before the court is the parties' joint motion for entry of agreed discovery order, protective order, and docket control order (Dkt. No. 166). The motion is GRANTED in part. In the proposed docket control order, the defendants have requested a deadline for the plaintiffs to limit the number of asserted claims. The defendants' deadline request is denied. The court will adopt the version of the docket control order that does not contain the requested deadline. The entry of this order does not, however, prejudice the defendants' ability to bring a motion to limit the number of asserted claims.

SIGNED this 30th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE