IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., and LPL LICENSING, L.L.C., <br><br> PLAINTIFF <br><br> v. <br><br> CHASE MANHATTAN MORTGAGE CORP., et al. <br><br> DEFENDANTS | § § § § § § § § § § § § § CASE NO. 2:07-cv-387(CE) |

### DEFENDANT LIBERTY LIFE INSURANCE COMPANY'S
### NOTICE OF DISCLOSURE

Defendant Liberty Life Insurance Company notifies the Court that they served their Disclosures on the Plaintiff and other parties to this action pursuant to the Court's Discovery Order.

Date:  February 1, 2010

Respectfully submitted,

/s/ Trey Yarbrough_____
Trey Yarbrough
Bar No.  22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
E-mail: trey@yw-lawfirm.com

K. Gregory Haynes (*Pro Hac Vice*)
Lisa C. DeJaco (*Pro Hac Vice*)
Matthew A. Williams (*Pro Hac Vice*)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
Fax:  (502) 589-0309
**Attorneys for Defendant Liberty Life Insurance Co.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 1, 2010.  All other counsel of record will be served via facsimile or first class mail.

                                                   /s/ Trey Yarbrough  
                                                   Trey Yarbrough