IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and <br> LPL LICENSING, L.L.C., <br>      Plaintiffs, <br> <br> vs. <br> <br> CHASE MANHATTAN MORTGAGE <br> CORPORATION et al. <br>      Defendants. | § <br> § <br> § C.A. 2-07-cv-387 (TJW/CE) <br> § <br> § **Jury Trial Demanded** <br> § <br> § <br> § <br> § <br> § |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO COUNTRYWIDE HOME LOANS, INC.
### AND COUNTRYWIDE INSURANCE SERVICES, INC.

On this date, the Court considered the Agreed Motion to Dismiss Countrywide Home Loans, Inc. and Countrywide Insurance Services, Inc.  After considering the motion, the Court is of the opinion that it has merit and should be granted.

Accordingly, it is hereby ORDERED that all claims asserted in this suit between Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendants Countrywide Home Loans, Inc. and Countrywide Insurance Services, Inc. are hereby dismissed with prejudice.  It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this  9th  day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE